**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                    **03-MDL-1570 (GBD)(SN)**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**
-------------------------------------------------------------X

Anthony Latchman                                          **18-cv-12354**
                                                          **(GBD)(SN)**

Vincent Laucella

Shawn Lawless

Christopher Leahy                                         **<u>SAUDI ARABIA SHORT</u>**
                                                          **<u>FORM COMPLAINT AND</u>**
                                                          **<u>DEMAND FOR TRIAL BY</u>**
Joycelyn Lee, as Personal Representative                  **<u>JURY</u>**
and/or Proposed Administrator of the Estate of
Edgard Lee, deceased

Joycelyn Lee, as Spouse of Edgar Lee,
deceased

Joseph Leef

Peter Lemonier

Magdalena Leniartek, as Personal
Representative and/or Proposed Administrator
of the Estate of Andrzej Leniartek, deceased,
and on behalf of all survivors of Andrzej
Leniartek

Magdalena Leniartek, as Child of Andrzej
Leniartek, deceased

Craig Leshinsky

Rachel Levy, as Personal Representative
and/or Proposed Administrator of the Estate of
Danny Levy, deceased, and on behalf of all
survivors of Danny Levy

Rachel Levy, as Spouse of Danny Levy,
deceased

Alan Lindenberg

Walter R. Lipscomb

Minire Ljulja

Joan Loia, as Personal Representative and/or
Proposed Administrator of the Estate of James
Loia, deceased, and on behalf of all survivors
of James Loia

Joan Loia, as Parent of James Loia, deceased

Leonid Lokshin

Shawn Lombardo

Joseph LoMonaco

JoAnn Long, as Personal Representative and/or
Proposed Administrator of the Estate of
Liborio Palmeri, deceased, and on behalf of all
survivors of Liborio Palmeri

JoAnn Long, as Child of Liborio Palmeri,
deceased

Melida Longley, as Personal Representative
and/or Proposed Administrator of the Estate of
Christopher Longley, deceased

Melida Longley, as Spouse of Christopher
Longley

James Longmire

Hector Lopez

Ruben Lopez

Frankie Lora

George Lorenz

Cynthia Losco

Nicholas Losco

Thomas Louie, as Personal Representative
and/or Proposed Administrator of the Estate of
Daniel Louie, deceased, and on behalf of all
survivors of Daniel Louie

Thomas Louie, as Child of Daniel Louie,
deceased

Christos Loukatos

Scott Lovendahl

Gavin Lowenfield

Patrick Lucas

Joseph Lukose

Joseph Lutrario

Denis Mackey, as Personal Representative
and/or Proposed Administrator of the Estate of
John O'Neill, deceased, and on behalf of all
survivors of John O'Neill

Frank Macri

Takuo Maeda

William Maher

Kumarasamay Malayandy

Frank Malerba

James Malone

Michael Malone

John Manchester

Louis Mangano

Thomas Mangiaracina

Charles Maniscalco

Thomas Manning

Salvatore Mannino

Alphonse Marcello

Nicholas Marchisello

Marilyn Weinstein, as Personal Representative
and/or Proposed Administrator of the Estate of
Marvin Weinstein, deceased, and on behalf of
all survivors of Marvin Weinstein

Weinstein Marilyn, as Spouse of Marvin
Weinstein, deceased

Peter Marino

Kathleen Mark, as Personal Representative
and/or Proposed Administrator of the Estate of
Stanley Mark, deceased, and on behalf of all
survivors of Stanley Mark

Kathleen Mark, as Spouse of Stanley Mark,
deceased

Robert Marks

Ixtayul Martinez

John Martinez

Juana Mason

Sandra Mason, as Personal Representative
and/or Proposed Administrator of the Estate of
John Mason, deceased, and on behalf of all
survivors of John Mason

Sandra Mason, as Spouse of John Mason,
deceased

John Massa

Gregory Massaro

James Mattera

Kevin McAdams

Daniel McCabe

Madeline McCaffrey, as Personal
Representative and/or Proposed Administrator
of the Estate of Thomas McCaffrey, deceased,
and on behalf of all survivors of Thomas
McCaffrey

Madeline McCaffrey, as Spouse of Thomas
McCaffrey, deceased

Everett McCain

Joseph McCloskey

John McCollister

Michael McCormack

Raymond McCormack

Stephen McDonough

Jon McGillick

Reese McGuire

Francis McKay

Deryck McKenzie

John McLaughlin

Donald McMorris

Raymond McNamara

Billy McNeil

Lorraine McShane, as Personal Representative
and/or Proposed Administrator of the Estate of
John McShane, deceased, and on behalf of all
survivors of John McShane

Lorraine McShane, as Child of John McShane,
deceased


                                        **Plaintiff(s),**

                    **-against-**

**KINGDOM OF SAUDI ARABIA,**

                                        **Defendant.**

--------------------------------------------------------------**X**

Plaintiffs named herein by and through the undersigned counsel file this Short Form

Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September

11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.    Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

☒    28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

☒    28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

☒    28 U.S.C. § 1330 (actions against foreign states)

☐    Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP): _____

_____

_____ .

**CAUSES OF ACTION**

3.        Each Plaintiff hereby adopts and incorporates herein by reference the

following factual allegations, jurisdictional allegations, and jury trial demand in the

following complaint [**check <u>only one</u> complaint**] and the following causes of action set

forth in that complaint:

☐        **Consolidated Amended Complaints as to the Kingdom of Saudi
          Arabia, ECF No. 3463 (check all causes of action that apply)**

          ☐        COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to
                   Commit the September 11th Attacks upon the United States in
                   violation of 18 U.S.C. § 2333(d) (JASTA).

          ☐        COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to
                   Commit the September 11th Attacks upon the United States in
                   violation of 18 U.S.C. § 2333(a).

          ☐        COUNT III – Committing Acts of International Terrorism in
                   violation of 18 U.S.C. § 2333.

          ☐        COUNT IV – Wrongful Death.

          ☐        COUNT V – Alien Tort Claims Act.

          ☐        COUNT VI – Assault and Battery.

          ☐        COUNT VII – Conspiracy.

          ☐        COUNT VIII – Aiding and Abetting.

          ☐        COUNT IX – Intentional Infliction of Emotional Distress.

          ☐        COUNT X – Liability Pursuant to Restatement (Second) of Torts §
                   317 and Restatement (Third) of Agency § 7.05: Supervising
                   Employees and Agents.

          ☐        COUNT XI – Liability Pursuant to Restatement (Second) of Torts §
                   317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting,
                   and Retaining Employees and Agents.

☐ COUNT XI – 18 U.S.C. § 1962(a)-(d) – CIVIL RICO.

☐ COUNT XII – Trespass.

☐ COUNT XII – Violations of International Law.

☒ **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

 ☒ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

 ☒ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

 ☒ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

 ☒ Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

 ☒ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

 ☒ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia: _____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each

individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short

Form Complaint, herein referred to as "Plaintiffs."

    a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

    c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5.    The only Defendant named in this Saudi Arabia Short Form Complaint is

the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Respectfully submitted,

THE DEARIE LAW FIRM, P.C.

BY:    /s/ John P. Dearie
John P. Dearie, Esq.
515 Madison Avenue, 11th Floor
New York, New York 10022
Tel: 212-980-0404
Fax: 212-227-4141
jpd@dearielaw.com

**APPENDIX 1**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint, to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship / Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship / Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Anthony Latchman | NY | United States | N/A | N/A | United States | Personal Injury |
| 2 | Vincent Laucella | NY | United States | N/A | N/A | United States | Personal Injury |
| 3 | Shawn Lawless | NY | United States | N/A | N/A | United States | Personal Injury |
| 4 | Christopher Leahy | NY | United States | N/A | N/A | United States | Personal Injury |
| 5 | Joycelyn Lee | GA | United States | Edgard Lee | Spouse | United States | Wrongful Death |
| 6 | Joycelyn Lee | GA | United States | Edgard Lee | Spouse | United States | Solatium |
| 7 | Joseph Leef | NY | United States | N/A | N/A | United States | Personal Injury |
| 8 | Peter Lemonier | NY | United States | N/A | N/A | United States | Personal Injury |
| 9 | Magdalena Leniartek | Poland | United States | Leniartek Andrzej | Child | United States | Wrongful Death |
| 10 | Magdalena Leniartek | Poland | United States | Leniartek Andrzej | Child | United States | Solatium |
| 11 | Craig Leshinsky | NY | United States | N/A | N/A | United States | Personal Injury |
| 13 | Rachel Levy | NY | United States | Danny Levy | Spouse | United States | Wrongful Death |
| 14 | Rachel Levy | NY | United States | Danny Levy | Spouse | United States | Solatium |

| 15 | Alan Lindenberg | NY | United States | N/A | N/A | United States | Personal Injury |
|----|-----------------|-----|---------------|-----|-----|---------------|-----------------|
| 16 | Walter R. Lipscomb | NY | United States | N/A | N/A | United States | Personal Injury |
| 17 | Minire Ljulja | NY | United States | N/A | N/A | United States | Personal Injury |
| 18 | Joan Loia | FL | United States | James Loia | Parent | United States | Wrongful Death |
| 19 | Joan Loia | FL | United States | James Loia | Parent | United States | Solatium |
| 20 | Leonid Lokshin | NY | United States | N/A | N/A | United States | Personal Injury |
| 21 | Shawn Lombardo | NY | United States | N/A | N/A | United States | Personal Injury |
| 22 | Joseph LoMonaco | NY | United States | N/A | N/A | United States | Personal Injury |
| 23 | JoAnn Long | NY | United States | Liborio Palmeri | Child | United States | Wrongful Death |
| 24 | JoAnn Long | NY | United States | Liborio Palmeri | Child | United States | Solatium |
| 25 | Melida Longley | NY | United States | Christopher Longley | Spouse | United States | Wrongful Death |
| 26 | Melida Longley | NY | United States | Christopher Longley | Spouse | United States | Solatium |
| 27 | James Longmire | SC | United States | N/A | N/A | United States | Personal Injury |
| 28 | Hector Lopez | NY | United States | N/A | N/A | United States | Personal Injury |
| 29 | Ruben Lopez | NY | United States | N/A | N/A | United States | Personal Injury |
| 30 | Frankie Lora | NY | United States | N/A | N/A | United States | Personal Injury |
| 31 | George Lorenz | FL | United States | N/A | N/A | United States | Personal Injury |
| 32 | Cynthia Losco | AL | United States | N/A | N/A | United States | Personal Injury |
| 33 | Nicholas Losco | NY | United States | N/A | N/A | United States | Personal Injury |
| 34 | Thomas Louie | NY | United States | Daniel Louie | Child | United States | Wrongful Death |
| 35 | Thomas Louie | NY | United States | Daniel Louie | Child | United States | Solatium |
| 36 | Christos Loukatos | NY | United States | N/A | N/A | United States | Personal Injury |

| 37 | Scott Lovendahl | NY | United States | N/A | N/A | United States | Personal Injury |
|---|---|---|---|---|---|---|---|
| 38 | Gavin Lowenfield | NY | United States | N/A | N/A | United States | Personal Injury |
| 39 | Patrick Lucas | NY | United States | N/A | N/A | United States | Personal Injury |
| 40 | Joseph Lukose | FL | United States | N/A | N/A | United States | Personal Injury |
| 41 | Joseph Lutrario | AZ | United States | N/A | N/A | United States | Personal Injury |
| 42 | Denis Mackey | MO | United States | John O'Neill | N/A | United States | Wrongful Death |
| 43 | Frank Macri | NY | United States | N/A | N/A | United States | Personal Injury |
| 44 | Takuo Maeda | NJ | United States | N/A | N/A | United States | Personal Injury |
| 45 | William Maher | NJ | United States | N/A | N/A | United States | Personal Injury |
| 46 | Kumarasamay Malayandy | NY | United States | N/A | N/A | United States | Personal Injury |
| 47 | Frank Malerba | NY | United States | N/A | N/A | United States | Personal Injury |
| 48 | James Malone | NY | United States | N/A | N/A | United States | Personal Injury |
| 49 | Michael Malone | NY | United States | N/A | N/A | United States | Personal Injury |
| 50 | John Manchester | NY | United States | N/A | N/A | United States | Personal Injury |
| 51 | Louis Mangano | NJ | United States | N/A | N/A | United States | Personal Injury |
| 52 | Thomas Mangiaracina | NY | United States | N/A | N/A | United States | Personal Injury |
| 53 | Charles Maniscalco | NY | United States | N/A | N/A | United States | Personal Injury |
| 54 | Thomas Manning | NY | United States | N/A | N/A | United States | Personal Injury |
| 55 | Salvatore Mannino | NY | United States | N/A | N/A | United States | Personal Injury |
| 56 | Alphonse Marcello | PA | United States | N/A | N/A | United States | Personal Injury |
| 57 | Nicholas Marchisello | NJ | United States | N/A | N/A | United States | Personal Injury |
| 59 | Weinstein Marilyn | SC | United States | Marvin Weinstein | Spouse | United States | Wrongful Death |
| 60 | Weinstein Marilyn | SC | United States | Marvin Weinstein | Spouse | United States | Solatium |

| 61 | Peter Marino | NY | United States | N/A | N/A | United States | Personal Injury |
|---|---|---|---|---|---|---|---|
| 62 | Kathleen Mark | NY | United States | Stanley Mark | Spouse | United States | Wrongful Death |
| 63 | Kathleen Mark | NY | United States | Stanley Mark | Spouse | United States | Solatium |
| 64 | Robert Marks | NY | United States | N/A | N/A | United States | Personal Injury |
| 65 | Ixtayul Martinez | NY | United States | N/A | N/A | United States | Personal Injury |
| 66 | John Martinez | NY | United States | N/A | N/A | United States | Personal Injury |
| 67 | Juana Mason | NJ | United States | N/A | N/A | United States | Personal Injury |
| 68 | Sandra Mason | GA | United States | John Mason | Spouse | United States | Wrongful Death |
| 69 | Sandra Mason | GA | United States | John Mason | Spouse | United States | Solatium |
| 70 | John Massa | NY | United States | N/A | N/A | United States | Personal Injury |
| 71 | Gregory Massaro | FL | United States | N/A | N/A | United States | Personal Injury |
| 72 | James Mattera | NY | United States | N/A | N/A | United States | Personal Injury |
| 73 | Kevin McAdams | FL | United States | N/A | N/A | United States | Personal Injury |
| 74 | Daniel McCabe | NJ | United States | N/A | N/A | United States | Personal Injury |
| 75 | Madeline McCaffrey | NY | United States | Thomas McCaffrey | Spouse | United States | Wrongful Death |
| 76 | Madeline McCaffrey | NY | United States | Thomas McCaffrey | Spouse | United States | Solatium |
| 77 | Everett McCain | NY | United States | N/A | N/A | United States | Personal Injury |
| 78 | Joseph McCloskey | FL | United States | N/A | N/A | United States | Personal Injury |
| 79 | John McCollister | FL | United States | N/A | N/A | United States | Personal Injury |
| 80 | Michael McCormack | NY | United States | N/A | N/A | United States | Personal Injury |
| 81 | Raymond McCormack | NY | United States | N/A | N/A | United States | Personal Injury |
| 82 | Stephen McDonough | NY | United States | N/A | N/A | United States | Personal Injury |

| 83 | Jon McGillick | NY | United States | N/A | N/A | United States | Personal Injury |
|----|---------------|----|----|----|----|----|----|
| 84 | Reese McGuire | NY | United States | N/A | N/A | United States | Personal Injury |
| 85 | Francis McKay | NY | United States | N/A | N/A | United States | Personal Injury |
| 86 | Deryck McKenzie | NY | United States | N/A | N/A | United States | Personal Injury |
| 87 | John McLaughlin | NY | United States | N/A | N/A | United States | Personal Injury |
| 88 | Donald McMorris | NM | United States | N/A | N/A | United States | Personal Injury |
| 89 | Raymond McNamara | NY | United States | N/A | N/A | United States | Personal Injury |
| 90 | Billy McNeil | NC | United States | N/A | N/A | United States | Personal Injury |
| 91 | Lorraine McShane | NY | United States | John McShane | Child | United States | Wrongful Death |
| 92 | Lorraine McShane | NY | United States | John McShane | Child | United States | Solatium |