UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                            :

IN RE:                                         :          ORDER

TERRORIST ATTACKS ON              :          03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                 :

------------------------------------x

This document relates to:

    *Accardi v. Islamic Republic of Iran*, No. 21-cv-06247 (GBD)(SN)
    *Alexander v. Islamic Republic of Iran*, No. 21-cv-03505 (GBD)(SN)
    *Amin v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD)(SN)
    *Anderson v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD)(SN)
    *Betso v. Islamic Republic of Iran*, No. 21-cv-01394 (GBD)(SN)

GEORGE B. DANIELS, United States District Judge:

Upon letter motions by the *Accardi*, *Alexander* and *Betso* Plaintiffs, the Court extends the deadline to submit objections to Magistrate Judge Sarah Netburn's February 28, 2025 Report and Recommendation to March 24, 2025. The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 10764 and 10765.

Dated: March 6, 2025
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge